Phoenix Professional Services
4848 E. Cactus Road, Ste. 505-84
Scottsdale, AZ 85254
(480) 361-9959 © 2001 PPS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TODD SCHWARTZ, a married man,<br>Plaintiff<br>vs.<br>4 EVER LIFE INTERNATIONAL LIMITED dba 4 EVER LIFE INSURANCE COMPANY; an Illinois corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona non-profit corporation; and BLACK and WHITE CORPORATIONS I-X,<br>Defendant. | CASE NO. 2:20-cv-02002-DJH<br><br>CERTIFICATE OF SERVICE OF PROCESS |

I, the Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court; that I have received and served the following documents in the manner set forth below:

RECEIVED FROM:   Tiffany & Bosco, P.A.

DATE RECEIVED:   October 26, 2020

DOCUMENTS:   Summons, First Amended Complaint, Certificate of Compulsory Arbitration; Notice of Removal; Order Setting Rule 16 Schedule Conference, Notice of Availability of US Magistrate Judge; Order;

UPON:   BLUE CROSS BLUE SHIELD ASSOCIATION, c/o Deanna Salazar, Statutory Agent

ADDRESS:   2444 W Las Palmaritas Drive, Phoenix, AZ

MANNER:   Personally hand-delivered said documents to Christopher Kourouma, who stated he is authorized to accept service, at his usual place of employment.

DATE:   October 27, 2020                                          TIME: 3:09 PM

DESCRIPTION:

I certify under penalty of perjury that the foregoing is true and correct.

Affiant: Edward Pulley
Dated this 29th day of Oct., 2020.              Registered: Maricopa County

| | | | |
|---|---|---|---|
| Service: | | 16.00 | |
| Travel miles: | 10 | 24.00 | |
| Attempt miles: | 7 | 16.80 | Attempted service at address provided of Arizona Department of Insurance - would not accept service. |
| Attempt miles: | 0 | 0.00 | |
| Attempt miles: | 0 | 0.00 | |
| Other: | | 0.00 | |
| Cert Prep fee: | | 8.00 | |
| | | 64.80 | |