Phoenix Professional Services
4848 E. Cactus Road, Ste. 505-84
Scottsdale, AZ 85254
(480) 361-9959 © 2001 PPS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| TODD SCHWARTZ, a married man, | | |
| | Plaintiff | |
| vs. | | CASE NO. 2:20-cv-02002-DJH |
| 4 EVER LIFE INTERNATIONAL LIMITED dba 4 EVER LIFE INSURANCE COMPANY; an Illinois corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona non-profit corporation; and BLACK and WHITE CORPORATIONS I-X, | | CERTIFICATE OF SERVICE OF PROCESS |
| | Defendant. | |

I, the Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court; that I have received and served the following documents in the manner set forth below:

RECEIVED FROM:   Tiffany & Bosco, P.A.

DATE RECEIVED:   October 26, 2020

DOCUMENTS:   Summons, First Amended Complaint, Certificate of Compulsory Arbitration; Notice of Removal; Order Setting Rule 16 Schedule Conference; Notice of Availability of US Magistrate Judge; Order;

UPON:   Worldwide Insurance Services, LLC, c/o Corporation Service Company, as Statutory Agent

ADDRESS:   8825 N 23rd Avenue, Ste. 100, Phoenix, AZ 85021

MANNER:   Personally hand-delivered said documents to Shanda Kelly, a person authorized to accept at her usual place of employment.

DATE:   October 27, 2020                    TIME: 2:56 PM

DESCRIPTION:   Caucasian female, age 44, height 5'7, brown hair.

I certify under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of Oct. , 2020.

Affiant: Edward Pulley
Registered: Maricopa County

| | | |
|---|---|---|
| Service: | | 16.00 |
| Travel miles: | 12 | 28.80 |
| Attempt miles: | 0 | 0.00 |
| Attempt miles: | 0 | 0.00 |
| Attempt miles: | 0 | 0.00 |
| Other: | | 0.00 |
| Cert Prep fee: | | 8.00 |
| | | 52.80 |

RCG/lm - 237775-001