Phoenix Professional Services
4848 E. Cactus Road, Ste. 505-84
Scottsdale, AZ 85254
(480) 361-9959 © 2001 PPS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TODD SCHWARTZ, a married man,<br>　　　　　　　　　　　　　　Plaintiff<br><br>vs.<br><br>4 EVER LIFE INTERNATIONAL LIMITED dba 4 EVER LIFE INSURANCE COMPANY; an Illinois corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona non-profit corporation; and BLACK and WHITE CORPORATIONS I-X,<br>　　　　　　　　　　　　　　Defendant. | CASE NO. 2:20-cv-02002-DJH<br><br>CERTIFICATE OF SERVICE OF PROCESS |

　　　I, the Affiant, certify under penalty of perjury that I am fully qualified to serve process in this case, having been so appointed by the Court; that I have received and served the following documents in the manner set forth below:

RECEIVED FROM:　Tiffany & Bosco, P.A.

DATE RECEIVED:　October 26, 2020

DOCUMENTS:　Summons, First Amended Complaint, Certificate of Compulsory Arbitration; Notice of Removal; Order Setting Rule 16 Schedule Conference, Notice of Availability of US Magistrate Judge; Order; check for service fee

UPON:　4 EVER LIFE INTERNATIONAL LIMITED, dba 4 Ever Life Insurance Company, c/o Arizona Department of Insurance

ADDRESS:　100 N 15th Avenue, Ste. 102, Phoenix, AZ

MANNER:　Personally hand-delivered said documents to Ashley M., a person authorized to accept at her usual place of employment.

DATE:　October 26, 2020　　　　　　　　　　　　　　　TIME: 4:30 PM

DESCRIPTION:

　　　I certify under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of Oct, 2020.

Affiant: Edward Pulley
Registered: Maricopa County

| | | |
|---|---|---|
| Service: | | 16.00 |
| Travel miles: | 7 | 16.80 |
| Attempt miles: | 0 | 0.00 |
| Attempt miles: | 0 | 0.00 |
| Attempt miles: | 0 | 0.00 |
| Other: | | 0.00 |
| Cert Prep fee: | | 8.00 |
| | | 40.80 |

RCG/lm - 237775-001