| | |
|---|---|
| 1 | Richard C. Gramlich (SBN 014449) |
| 2 | **TB TIFFANY & BOSCO** P.A. |
| 3 | Seventh Floor Camelback Esplanade II |
| 4 | 2525 East Camelback Road |
| | Phoenix, Arizona 85016 |
| 5 | Telephone: (602) 255-6000 |
| | Facsimile: (602) 255-0103 |
| 6 | Email: rcg@tblaw.com |
| | *Attorneys for Plaintiff* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Todd Schwartz, a married man, | Case No. 2:20-cv-02002-DJH |
| Plaintiffs, | |
| vs. | **Plaintiff's Corporate Disclosure Statement** |
| 4 Ever Life International Limited dba 4 Ever Life Insurance Company, an Illinois corporation; Blue Cross and Blue Shield Association, an Illinois corporation; Worldwide Insurance Services, LLC, a foreign registered limited liability company; and Black and White Corporations I-X, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Todd Schwartz in compliance with the provisions of: *(check one)*

    __X__  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the

information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)* _____ Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*_____ Relationship_____

_____ Other (please explain)

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

**DATED** this 18th day of November, 2020.

**TIFFANY & BOSCO**
P.A.

By: */s/ Richard C. Gramlich*
    Richard C. Gramlich
    Seventh Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-4237
    *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the foregoing document and any attachments using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing:

Sean P. Healy
Robert C. Ashley
Lewis Brisbois Bisgaard & Smith llp
2929 N. Central Avenue, Suite 1700
Phoenix, AZ 85012-2761
*Attorneys for Defendant 4 Ever Life International Limited*

By: */s/ Lisa Mocek*