SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
ROBERT C. ASHLEY, SB #022335
Robert.Ashley@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Defendants 4 Ever Life International Limited,*
*Worldwide Insurance Services, LLC and Blue Cross Blue*
*Shield Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Schwartz, a married man<br><br>Plaintiff,<br><br>vs.<br><br>4 Ever Life International Limited dba 4 Ever Life Insurance Company, an Illinois corporation; Blue Cross and Blue Shield Association, an Illinois corporation; BCS Financial Corporation, an Illinois corporation; BCS Financial Services Corporation, an Illinois corporation; Worldwide Insurance Services, LLC, a foreign registered limited liability company; and Black and White Corporations I-X,<br><br>Defendants. | No. CV-20-02002-PHX-DJH<br><br>**CORPORATE DISCLOSURE STATEMENT FOR WORLDWIDE INSURANCE SERVICES** |

This Corporate Disclosure Statement is filed on behalf of Worldwide Insurance Services in compliance with the provisions of:

   X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identified any parent corporation and any publicly held

4845-2570-6706.1

corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

_____ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____ Relationship_____

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.*

_____ Relationship_____

___X___ Other (please explain)

Worldwide Insurance Services, LLC is a limited liability company whose sole member is Highway to Health, Inc., a non-public corporation


**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

Dated this 2nd day of December, 2020.

2

3

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

4

5

By */s/   Robert C. Ashley*
  Sean P. Healy
  Robert C. Ashley

6

7

*Attorneys for Defendants 4 Ever Life International
Limited, Worldwide Insurance Services, LLC and
Blue Cross Blue Shield Association*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

4845-2570-6706.1

3

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on December 2, 2020, I electronically transmitted the foregoing

3

to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of

4

record in this matter.

5

Richard C. Gramlich
TIFFANY& BOSCO

6

Seventh Floor Camelback Esplanade II

7

2525 East Camelback Road
Phoenix, Arizona 85016-4237

8

RCG@tbla.com
*Attorneys for Plaintiff Todd Schwartz*

9

10

*/s/ Sandy Rosales*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW